IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARGARITA ANDRADE, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| WAL-MART STORES TEXAS, LLC | § § | JURY DEMANDED |

### PLAINTIFF, MARGARITA ANDRADE, ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW **MARGARITA ANDRADE,** hereinafter referred to as "Plaintiff", complaining of **WAL-MART STORES TEXAS, INC.,** hereinafter referred to as "Defendant" and/or "**WAL-MART**", and would respectfully show unto the Court the following:

### I.
### Parties

Plaintiff resides in Starr County, Texas.

Defendant **Wal-Mart Stores Texas, LLC** is a limited liability company that conducts business within the State of Texas and may be served with process by serving its registered agent, CT Corporation System at 1999 Bryan St., Ste. 900, Dallas, TX 75201, or wherever found.

### II.
### Jurisdiction

Plaintiff seeks damages under the common and statutory laws of the State of Texas and the amount in controversy is within the jurisdictional limits of the Court. The Court has jurisdiction over the Defendant because the incident in question happened in Hidalgo County, Texas.

## III.
## Factual Allegations

On or about July 1st, 2024, Plaintiff, **Margarita Andrade** was a patron at the Walmart Stores, Texas, LLC located in Penitas, Hidalgo County, Texas. During her visit, Plaintiff suffered a slip and fall incident when on the property and/or premises possessed, owned, leased, occupied, controlled, and/or managed by Defendant, **Wal-Mart Stores Texas, LLC**. Plaintiff was walking through the grocery aisles when she suddenly and unexpectedly struck her foot with a grocery pallet causing her to trip falling on the left side of her body onto the hard floor suffering serious injuries due to the unsafe conditions in which this area within the store presented itself. Defendant's failure to keep the floors clean within their facilities consequently led to Plaintiff's, **Margarita Andrade**, serious injuries.

At the time of her injuries, Plaintiff was an invitee of the store.

## IV.
## Causes of Action

**A. Negligence**

Defendant owed a legal duty to exercise ordinary care. Defendant further had a duty to maintain its store, including the grocery aisles, in a reasonably safe condition for use by patrons such as Plaintiff. Defendant Walmart breached that duty in one or more of the following ways, among others:

1. Failing to properly supervise the premises' areas in question to furnish a flooring with safe conditions for walking, free from hazards which were recognized or should have been recognized as causing or likely to cause the serious physical harm;

2. Defendant failed to ward Plaintiff of the dangerous condition of the grocery store aisles;

3. Defendant failed to maintain its floors in such a manner to prevent its customers from tripping, slipping and/or injuring themselves;

4. Failing to exercise the degree of care required under the circumstances;

5. Failing to keep a proper lookout as a reasonable and prudent person would have done under the same or similar circumstances;

6. Failing to keep a safe environment for the public;

7. Failing to adequately warn the Plaintiff of the condition;

8. Failing to make the condition reasonably safe;

9. Actively conducting a negligent activity that was ongoing at the time of Plaintiff's injury.

### B. Negligence Per Se

Defendant's negligence as described above was a proximate cause of Plaintiff's fall.

Each and every one of the Defendants' acts of omissions and commission, taken separately and collectively, constitute negligence and were a direct and proximate cause of Plaintiff's injuries and damages described herein.

### C. Premises Liability

In the alternative to other counts, Plaintiff was an invitee on Defendant, Wal-Mart Stores Texas, LLC's premises located at 1705 Expressway 83, Penitas, Texas 78576. At the time of the incident made the basis of this lawsuit, the Defendant, Wal-Mart Stores Texas, LLC, was a possessor of the premises. As an invitee, Plaintiff entered Defendant, Wal-Mart Stores Teas, LLC's premises in response to Defendant's invitation and for their mutual benefit.

A condition of Defendant's premises posed an unreasonable risk of harm to Plaintiff and/or the public: the conditions upon the flooring's surface created an unreasonable risk of tripping, slipping and/or falling due to unseen obstacles just as wood pallets on the store's walking aisles.

The Defendant knew or reasonably should have known the conditions of the flooring's surface created an unreasonable risk of slipping, tripping, and falling. Furthermore, Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Plaintiff and/or the public; this included the duty to inspect and the duty to warn and/or to cure the unreasonable risk of harm. Consequently, Defendant, Wal-Mart Stores Texas, LLC's breach of duty proximately caused Plaintiff's injuries.

## V.
## Damages

At the time of the accident made the basis of this lawsuit, Plaintiff, **Margarita Andrade**, was a healthy adult. As a proximate result of the Defendant's negligence, Plaintiff has had to claim the following damages:

(a)   pain and suffering in the past, present, and future;

(b)   mental anguish in the past, present, and future;

(c)   physical injuries to his body in the past, present, and future;

(d)   medical expenses in the past, present, and future;

(e)   physical impairment in the past, present, and future.

The plaintiff is requesting the limits allowed by law of this Court as damages to satisfy the causes of action herewith contained. Under Tex. R. Civ. P. 47(c)(3), Plaintiff is requesting monetary relief of over $250,000.00 but not more than $1,000,000.00.

## VI.

## RELIEF

Under Rule 194 of the Texas Rules of Civil Procedure, Defendants are required to make the initial disclosures under Tex. R. Civ. P. 194.2(1)-(12) within thirty (30) days after the filing of the first answer or general appearance.

## VII.

## RULE 193.7 NOTICE

Under Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendants that any documents, photographs, experts, and witnesses designated by Plaintiff and Defendant in response to written discovery, produced may be used against the producing Defendant at any special appearance, pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## VIII.

## PRE-JUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff, Margarita Andrade, seeks pre-judgment and post-judgment interest as provided by law.

## IX.

## RESERVATION OF RIGHTS

Plaintiff, Margarita Andrade, reserves the right to prove the amount of damages at trial. Plaintiff further reserves the right to amend her petition and ask for additional counts upon further discovery and as the investigation continues.

## X.

## CONDITIONS PRECEDENT

Under Rule 54 of the Texas Rules of Civil Procedure, all conditions precedent to Plaintiff's right to recover herein and to Defendant, Wal-Mart Stores Texas, LLC have been performed or have occurred.

## XI.

## PRESERVE EVIDENCE

Plaintiff requests and demands that Defendant preserves and maintains all evidence about any claim or defense related to the incident made the basis of this lawsuit or the damages resulting therefrom, including but not limited to statements, photographs, videotapes, audiotapes, surveillance or security tapes or information, business or medical record, incident reports, tenant files, periodic reports, financial statements, bills, telephone call slips or records, estimates, invoices, checks, measurements, correspondence, facsimiles, email, voicemail, text messages, and any electronic image or information related to the referenced incident or damages. Failure to maintain such items will constitute "spoliation" of the evidence.

## XII.

## JURY DEMAND

The Plaintiff following Rule 216 of the Texas Rules of Civil Procedure, requests a trial by jury. Simultaneously with the filing of this demand, a jury fee is being paid on behalf of Plaintiff, **Margarita Andrade**.

## XIII.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **Margarita Andrade,** requests that Defendant, **Wal-Mart Stores Texas, LLC**, be cited to appear and answer herein, that this cause be

set for trial before jury, and that Plaintiff recovers judgment of and from Defendant for their damages; that Defendant be adjudged liable to them as set forth above, and for all lawful pre-judgment and post-judgment interest, for costs of court and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF ALEX MARTINEZ, PLLC.**
421 South 12th Street
McAllen, Texas 78501
Telephone No. (956) 540-2255
Telecopier No. (956) 513-0444

*/s/ Alex Martinez*

_____
**ALEX MARTINEZ**
Texas State Bar No. 24063297
Southern District Bar No. 3399984
attorney@alexmartinezlaw.com

**ATTORNEY FOR PLAINTIFF**
**MARGARITA ANDRADE**